UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIMMA VAKS,<br><br>                Plaintiff,<br><br>v.<br><br>BOSE CORPORATION, MIKE DERRENBERGER, PETER ALTIERI and KATHLEEN O'NEILL,<br><br>                Defendants. | Civil Action No. 1:16-cv-11902 |

## DEFENDANTS' MOTION TO STRIKE
## PLAINTIFF'S "FIRST" AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(f) and Local Rule 7.1, Defendants, Bose Corporation, Michael Derrenberger, Peter Altieri, and Kathleen O'Neill (collectively, "Defendants") move to strike Plaintiff's "First" Amended Complaint (ECF Doc. No. 16). As more fully set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Strike, the "First" Amended Complaint is in actuality the fourth iteration of the Complaint in this dispute, and it therefore cannot be amended as of right. Because Plaintiff did not seek leave of Court or consent from Defendants to file an amended pleading, it should be stricken from the record. Moreover, allowing further amendment would be grossly prejudicial to Defendants, who have already responded twice to Plaintiff's reiterative amendments.

WHEREFORE, Defendants Bose Corporation, Michael Derrenberger, Peter Altieri and Kathleen O'Neill respectfully request that the Court:

    a) Grant this Motion;

    b) Issue an Order that

    a. Strikes from the record Plaintiff's First Amended Complaint (ECF Doc. No. 16);

    b. Denies further amendment of the Complaint;

c) Award Defendants their reasonable attorney's fees and costs associated with bringing this Motion; and

d) Grant such further relief as the Court deems just.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Individual Defendants hereby request a hearing on this Motion to Strike.

    Respectfully submitted,

    BOSE CORPORATION,
    MICHAEL DERRENBERGER,
    PETER ALTIERI and
    KATHLEEN O'NEILL

    By their attorneys,

    /s/ Todd M. Torres_____
    Mark H. Burak (BBO #558805)
    Todd M. Torres (BBO #681779)
    OGLETREE DEAKINS NASH
     SMOAK & STEWART, P.C.
    One Boston Place, Suite 3220
    Boston, Massachusetts  02108-4403
    (617) 994-5700
    (617) 994-5701 (facsimile)
    mark.burak@ogletreedeakins.com
    todd.torres@ogletreedeakins.com

Dated:  October 24, 2016

## LOCAL RULE 7.1(A)(2) CERTIFICATION

   I, Todd M. Torres, hereby certify that, on October 19 and 24, 2016, my colleague, Mark H. Burak conferred in good faith with Plaintiff Rimma Vaks regarding this Motion to Strike, but was unable to resolve or narrow the issues presented by this Motion.

               /s/ Todd M. Torres
               Todd M. Torres

## **CERTIFICATE OF SERVICE**

    I, Todd M. Torres, hereby certify that, on October 24, 2016, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

                                                               /s/ Todd M. Torres
                                                               Todd M. Torres

26577727.1