**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

   RIMMA VAKS
               Plaintiff(s)

                                              CIVIL ACTION
              v.                                   NO.  16-11902-PBS

   BOSE CORP., et al.,
               Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   SARIS

[   ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On  June 5, 2017   I held the following ADR proceeding:

     _____ SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION

     \_\_\_ X \_\_                              MEDIATION                 _____
                                            SUMMARY BENCH / JURY TRIAL

     _____                              MINI-TRIAL              _____
                                            SETTLEMENT CONFERENCE

All parties were represented by counsel

The parties were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled.  Your clerk should enter a   30    day order of dismissal.

[   ]  There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[   ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[   ]  Suggested strategy to facilitate settlement:

_____

DATE:  June 6, 2017                                                         / s / Judith Gail Dein
                                                                           ADR Provider