UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Rimma Vaks</u>
    Plaintiff

V.

<u>Bose Corporation, et.al.</u>
    Defendants

CIVIL ACTION

NO. 1:16-cv-11902-PBS

## SETTLEMENT ORDER OF DISMISSAL

<u>SARIS, CJ.</u>

The Court having been advised on June 6, 2017, by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

<u>June 8, 2017</u>      /s/ C. Geraldino-Karasek

Date      Deputy Clerk